UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

MICHAEL S. WEINSTOCK,

        Plaintiff,

-against-

CHASE CARD SERVICES, FIRST USA,

        Defendants.

--------------------------------------------------------X

**ORDER**
**07 CV 3087 (ENV)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court shall hold a pretrial conference pursuant to Fed. R. Civ. P. 16 on January 19, 2010 at 2:30 p.m. in Courtroom 11A of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. Parties are advised that they must contact each other before making any request for an adjournment to the Court. A request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

                                    LOIS BLOOM
                                    United States Magistrate Judge

Dated: December 7, 2009
       Brooklyn, New York

